**FILED**
CLERK, U.S. DISTRICT COURT

06/17/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TF_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ELIAH ZHITNITSKIY,<br><br>                    Plaintiff,<br><br>        v.<br><br>DAVID YOUNG, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-01848-FLA (AYPx)<br><br>**ORDER UNSEALING ACTION** |

1

On June 10, 2026, the United States of America ("United States") filed a Notice of Election by the United States to Decline Intervention in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B).  Accordingly, the court hereby ORDERS as follows:

1.  The seal is LIFTED from this action in all respects, except as specified in Paragraph 3 below.  The Complaint is UNSEALED, and the *qui tam* plaintiff Eliah Zhitnitskiy ("Relator") shall serve it upon the Defendants;

2.  This Order and the Notice of Election by the United States to Decline Intervention are both UNSEALED, and the Relator shall serve both upon the Defendants with the Complaint;

3.  All other contents of the court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4.  The seal is LIFTED as to all papers and records filed or lodged in this action after the date of this Order;

5.  The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6.  Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same.  The court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: June 17, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2